*Duplicate Original*

FILED
CLERK, U.S. DISTRICT COURT
SEP 22 2011
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

Send-0

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR 08-1212-AHM |
|---|---|
| Plaintiff, | ) CR 99-00583-AHM |
| v. | ) ORDER OF DETENTION PENDING |
| TREDIS FERGUSON | ) FURTHER REVOCATION |
| Defendant. | ) PROCEEDINGS |
| | ) (FED. R. CRIM. P. 32.1(a)(6); 18 |
| | ) U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:
- violation petition
- pretrial services report

1

and/ or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- violation petition
- pretrial services report

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: September 22, 2011

HONORABLE SHERI PYM
United States Magistrate Judge